IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY L. HAMILTON, JR.                                                                      PLAINTIFF

v.                                          Case No. 6:21-cv-6098

RICO WILLIAMS and
ISAAC EMERSON                                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 5, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 44. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's pending motions (ECF Nos. 39, 40, 41, 42, 43) are hereby **DENIED**, and Plaintiff's Amended Complaint (ECF No. 9) is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**, this 11th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge